AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

**FILED**
MAR 1 2 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case No: AU:19-M-00160(1) |
| (1) Michael Center | § § | Charging District: District of Massachusetts, Boston Division |
| | | Charging District's Case No.: 1:19-MJ-6065-MPK |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | Courtroom No. 24, 7th floor<br>Date and Time: Monday, March 25 at 3:15pm before Magistrate Judge M. Page Kelley |
|---|---|---|

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: March 12, 2019

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE